FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR - 4 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN ALAN HOLDEN Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION FILE NO. |
| | * | 15-CV-1933-WSD |
| COBB COUNTY, | * | |
| TRAVIS WOOD, | * | |
| ERIC SHINHOLSTER, | * | |
| AND T.R. ALEXANDER, | * | |
| in their individual capacities, Defendants. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **NOTICE OF VOLUNTRARY DISMISSAL** to Defendants through their Counsel via United States Postal Service mail, postage paid, and addressed as below:

H. WILLIAM ROWLING, JR.
Assistant County Attorney
100 Cherokee Street, Suite 350
Marietta, GA 30090

This 24th February, 2016.

_____
Kevin Alan Holden
1098 Azalea Circle,
Marietta, Georgia 30062