Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.

JAMES N. HATTEN, Clerk

By: s/ Ashley Coleman
Deputy Clerk
Date: 3/15/2016

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 14 2016

JAMES N. HATTEN, CLER
By: S. Branno  Deputy Cle

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

KEVIN ALAN HOLDEN Plaintiff, Pro Se    *
                                        *
v.                                      *    CIVIL ACTION FILE NO.
                                        *    15-CV-1933-WSD
COBB COUNTY,                            *
TRAVIS WOOD,                            *
ERIC SHINHOLSTER,                       *
AND T.R. ALEXANDER,                     *
in their individual capacities, Defendants. *

## NOTICE OF VOLUNTRARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

This Notice is being filed pursuant to Rule 41(a)(1)(A)(i), as no party has filed an Answer or Motion for Summary Judgment. The Motion filed by Defendants' counsel of record was a Motion to Dismiss *which Plaintiff has not been served a copy of* but was discovered of by a third party who notified Plaintiff of the Motion to Dismiss.

Plaintiff notices this Honorable Court and Defendants that he voluntarily dismisses this case.

This 7th March, 2016.

Kevin Alan Holden
1098 Azalea Circle,
Marietta, Georgia 30062

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| KEVIN ALAN HOLDEN Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION FILE NO. |
| | *   15-CV-1933-WSD |
| COBB COUNTY, | * |
| TRAVIS WOOD, | * |
| ERIC SHINHOLSTER, | * |
| AND T.R. ALEXANDER, | * |
| in their individual capacities, Defendants. | * |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **NOTICE OF VOLUNTRARY DISMISSAL** to Defendants through their Counsel via United States Postal Service mail, postage paid, and addressed as below:

H. WILLIAM ROWLING, JR.
Assistant County Attorney
100 Cherokee Street, Suite 350
Marietta, GA 30090


This 7th March, 2016.

_____
Kevin Alan Holden
1098 Azalea Circle,
Marietta, Georgia 30062